UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4558
_____

UNITED STATES OF AMERICA

v.

MARCUS WILLIAMS,
                                        Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 11-cr-00421)
District Judge:  Honorable Susan D. Wigenton
_____

Submitted Under Third Circuit LAR 34.1(a)
July 10, 2012

Before:  FUENTES, HARDIMAN, and ROTH, *Circuit Judges*.
_____

JUDGMENT
_____


This cause came on to be considered on the record from the United States District

Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR

34.1(a) on July 10, 2012.  On consideration whereof, it is now hereby


ORDERED and ADJUDGED by this Court that the judgment of the United States

District Court for the District of New Jersey entered December 22, 2011, be and the same

is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  No

costs shall be taxed.

ATTEST:

/s/Marcia M. Waldron,
Clerk

Dated: July 19, 2012

2